# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs                                                          CASE NO. 3:08cr101/MCR

EDUARDO REQUEJO
a/k/a "Eduardo Jesus Requejo Chavez"

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of not guilty as to this defendant on Counts I and II following a trial on April 15, 2009, the defendant EDUARDO REQUEJO is hereby ADJUDGED NOT GUILTY of the charges in Counts I and II and these charges are DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 17th day of April, 2009.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITES STATES DISTRICT JUDGE